IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **SAMUEL RAY HILL, #176 703,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CASE NO. 3:08-cv-351-MHT** |
| ) | **(WO)** |
| ) | |
| **KENNETH JONES, et al.,** ) | |
| ) | |
| Respondents. ) | |

**ORDER**

The magistrate judge entered a recommendation in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that the recommendation of the magistrate judge (Doc. #14) is adopted.

A separate judgment shall issue.

DONE, this the 6th day of May, 2010.

    /s/   Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**