IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **SAMUEL RAY HILL, #176 703,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-351-MHT |
| ) | (WO) |
| ) | |
| **KENNETH JONES, et al.,** ) | |
| ) | |
| Respondents. ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that the petition for habeas-corpus relief pursuant to 28 U.S.C. § 2254 is denied as time-barred.

It is further ORDERED that costs are taxed against the petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of May, 2010.

      /s/   Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**